NATALIE M. COX, ESQ.
Nevada Bar No. 007662
PETER D. NAVARRO, ESQ.
Nevada Bar No. 010168
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-mail: ncox@klnevada.com
pnavarro@klnevada.com

Attorneys for Defendants
CHASE HOME FINANCE, LLC d.b.a.
WASHINGTON MUTUAL; JPMORGAN
CHASE d.b.a. WASHINGTON MUTUAL;
HEATHER MCLENDON, individually, and as
an agent of CHASE HOME FINANCE, LLC
d.b.a. WASHINGTON MUTUAL and/or
JPMORGAN CHASE d.b.a. WASHINGTON
MUTUAL; GREG TANNER, individually, and
as an agent of CHASE HOME FINANCE, LLC
d.b.a. WASHINGTON MUTUAL and/or
JPMORGAN CHASE d.b.a. WASHINGTON
MUTUAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC A. SAGGESE, an individual, | Case No.: 2:09-cv-01884-RCJ-PAL |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS CASE AND STAY FORECLOSURE PROCEEDINGS** |
| vs. | |
| CHASE HOME FINANCE, LLC d.b.a. WASHINGTON MUTUAL; JPMORGAN CHASE d.b.a. WASHINGTON MUTUAL; HEATHER MCLENDON, individually, and as an agent of CHASE HOME FINANCE, LLC d.b.a. WASHINGTON MUTUAL and/or JPMORGAN CHASE d.b.a. WASHINGTON MUTUAL; GREG TANNER, individually, and as an agent of CHASE HOME FINANCE, LLC d.b.a. WASHINGTON MUTUAL and/or JPMORGAN CHASE d.b.a. WASHINGTON MUTUAL; MIKE HART, individually, and as an agent of PROFESSIONAL RECOVERY SERVICES, INC.; PROFESSIONAL RECOVERY SERVICES, INC.; DOES I-X and ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS CASE AND STAY FORECLOSURE PROCEEDINGS

Defendants, CHASE HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A. AS ACQUIRER OF CERTAIN ASSETS OF WASHINGTON MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION, ACTING AS RECEIVER, erroneously named as JPMORGAN CHASE ("JPMorgan Chase"), HEATHER MCLENDON and GREG TANNER (collectively "Chase Defendants") and Plaintiff MARC A. SAGGESE ("Plaintiff"), by and through their respective counsel, hereby jointly stipulate as follows:

1. That Plaintiff's Complaint be dismissed without prejudice.

2. That Chase Defendants shall refrain from initiating or conducting any further actions to foreclose on the property that is the subject matter of this litigation and located at 417 Grand Augusta Lane in Las Vegas, Nevada 89144 until March 1, 2011.

DATED this 21 day of December, 2010.

CRISTALLI & SAGGESE, LTD

MICHAEL V. CRISTALLI, ESQ
Nevada Bar No. 006266
ROBERT J. FLUMMERFELT, ESQ
Nevada Bar No. 11122
732 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101

Attorneys for Plaintiff

DATED this 21 day of December, 2010.

KOLESAR & LEATHAM, CHTD.

NATALIE M. COX, ESQ.
Nevada Bar No. 007662
PETER D. NAVARRO, ESQ.
Nevada Bar No. 010168
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

Attorneys for Defendants

IT IS SO ORDERED this 22nd day of December, 2010.

_____
Gloria M. Navarro
United States District Judge

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

842430 (7511-15)